UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRANT TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOOR & DECOR HOLDINGS, INC., THOMAS V. TAYLOR, JR., TREVOR S. LANG, ARES CORPORATE OPPORTUNITIES FUND III, L.P., FS CAPITAL PARTNERS VI, LLC, FS EQUITY PARTNERS VI, L.P., FS AFFILIATES VI, L.P. and FREEMAN SPOGLI MANAGEMENT CO., L.P.,<br><br>Defendants. | CIVIL ACTION:   1:19-cv-02270-SCJ |

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, and Federal Rule of Civil Procedure 7.1, Defendants Floor & Decor Holdings, Inc., Thomas V. Taylor, Jr., Trevor S. Lang, Ares Corporate Opportunities Fund III, L.P., FS Capital Partners VI, LLC, FS Equity Partners VI, L.P., FS Affiliates VI, L.P., and Freeman Spogli Management Co., L.P. respectfully submit this Certificate of Interested Persons and Corporate

Disclosure Statement.

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of any party:

The parties to this action are:

(a) Plaintiff: Grant Taylor; and

(b) Defendants: Floor & Decor Holdings, Inc., Thomas V. Taylor, Jr., Trevor S. Lang, Ares Corporate Opportunities Fund III, L.P., FS Capital Partners VI, LLC, FS Equity Partners VI, L.P., FS Affiliates VI, L.P., and Freeman Spogli Management Co., L.P.

Floor & Decor Holdings, Inc. states that it is a corporation existing under the laws of the State of Delaware, it has no parent corporation, and there is no publicly held company that owns 10 percent or more of its stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendants are not aware, at this time, of any other such persons.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff: John C. Herman and Peter Jones of Herman Jones LLP; Shawn A. Williams of Robbins Geller Rudman & Dowd LLP; and Michael I. Fistel, Jr. of Johnson Fistel, LLP.

For the Defendants: Michael R. Smith, B. Warren Pope, and Bethany M. Rezek of King & Spalding LLP.

Respectfully submitted this 17th day of July, 2019.

/s/ Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689
B. Warren Pope
Georgia Bar No. 583723
Bethany M. Rezek
Georgia Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

*Counsel for Defendants*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 17th day of July, 2019.

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*
