UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re FLOOR & DECOR HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:19-cv-02270-SCJ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

LEAD PLAINTIFF'S UNOPPOSED MOTION TO CORRECT THE CAPTION
OF THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

Lead Plaintiff Oklahoma Law Enforcement Retirement System ("plaintiff" or "OLERS") hereby submits Lead Plaintiff's Unopposed Motion to Correct the Caption of the Amended Complaint for Violation of the Federal Securities Laws ("Unopposed Motion"), stating as follows:

1. On May 20, 2019, plaintiff Grant Taylor filed a putative class action complaint in this Court alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, against defendants. ECF No. 1.

2. On July 19, 2019, two movants filed motions for appointment as lead plaintiff and approval of selection of lead counsel and local counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). ECF Nos. 20-21.

3. On August 14, 2019, this Court granted plaintiff's motion for lead plaintiff, appointing OLERS as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Herman Jones LLP as Local Counsel. ECF No. 25.

4. On August 20, 2019, the parties filed a Joint Motion for Scheduling Order proposing a schedule for filing and responding to an amended complaint. ECF No. 28.

- 1 -

5.     On August 22, 2019, this Court issued the Order Granting Joint Motion for Scheduling Order ("Scheduling Order").  ECF No. 32.

6.     On October 7, 2019, pursuant to the Scheduling Order, plaintiff filed its Amended Complaint for Violation of the Federal Securities Laws ("Amended Complaint") naming additional defendants.  ECF No. 35.

7.     The Amended Complaint named Ares Management Corporation f/k/a Ares Management, L.P. ("Ares Management Corporation") as an additional defendant (Amended Complaint, ¶22), but due to a clerical error, did not add its name to the caption of the Amended Complaint.

8.     Based on communications with certain docketing clerks of the Court, counsel for plaintiff has been informed that a summons cannot be issued for Ares Management Corporation until the caption is corrected.

9.     Counsel for plaintiff and defendants have conferred, and defendants do not oppose plaintiff correcting the caption of the Amended Complaint to include "Ares Management Corporation f/k/a Ares Management, L.P." as a defendant per Exhibit A, attached hereto.[1]

---

[1]  For their part, defendants note that they do not concede, but expressly reserve, any and all arguments that plaintiff has named improper or incorrect parties as defendants in this case.

10.     Plaintiff therefore respectfully requests that the Court enter the [Proposed] Order Granting Lead Plaintiff's Unopposed Motion to Correct the Caption of the Amended Complaint for Violation of the Federal Securities Laws, filed concurrently herewith, so that:

(i)     Exhibit A to the Unopposed Motion is deemed to correct the caption of the Amended Complaint.

(ii)    Subject to the Court's approval, plaintiff shall file Exhibit A to the Unopposed Motion within three days of entry of the Court's order granting the Unopposed Motion.

DATED:  October 17, 2019          Respectfully submitted,

HERMAN JONES LLP
JOHN C. HERMAN
  Georgia Bar No. 348370


                    */s/ John C. Herman*
                 JOHN C. HERMAN

3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel

- 3 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
(admitted *pro hac vice*)
ARMEN ZOHRABIAN
(admitted *pro hac vice*)
PATTON L. JOHNSON
(admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
azohrabian@rgrdlaw.com
pjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

## **RULE 7.1(D) CERTIFICATION**

Pursuant to Local Rule 7.1(D) of the United States District Court Northern District of Georgia ("Local Rules"), the undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ John C. Herman*
JOHN C. HERMAN

HERMAN JONES LLP
JOHN C. HERMAN
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 17th day of October, 2019.

*/s/ John C. Herman*
JOHN C. HERMAN

HERMAN JONES LLP
JOHN C. HERMAN
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com

Local Counsel