UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re FLOOR & DECOR HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) |
| This Document Relates To: ALL ACTIONS. | |

Civil Action No. 1:19-cv-02270-SCJ

<u>CLASS ACTION</u>

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED
MOTION TO CORRECT THE CAPTION OF THE AMENDED COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

This cause having come before the Court on Lead Plaintiff's Unopposed Motion to Correct the Caption of the Amended Complaint for Violation of the Federal Securities Laws ("Unopposed Motion"), and good cause appearing, the Court hereby ORDERS as follows:

1.    The Unopposed Motion is GRANTED.

2.    Exhibit A to the Unopposed Motion is deemed to correct the caption of the Amended Complaint.

3.    Lead Plaintiff shall file Exhibit A to the Unopposed Motion within three days of entry of this Order.

IT IS SO ORDERED.

DATED: _____        _____
                                THE HONORABLE STEVE C. JONES
                                UNITED STATES DISTRICT JUDGE