UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re FLOOR & DECOR HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:19-cv-02270-SCJ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Lead Plaintiff Oklahoma Law Enforcement Retirement System's ("Plaintiff") submits this Notice of Supplemental Authority to notify the Court of the Eleventh Circuit's opinion in *Luczak v. Nat'l Beverage Corp.*, __ Fed. Appx. __, 2020 WL 2111947 (11th Cir., May 4, 2020) (per curium) ("*Luczak*").  The Eleventh Circuit's decision is relevant to Defendants' Motion to Dismiss the Second Amended Complaint for Violation of the Federal Securities Laws (Dkt. No. 59) pending before the Court and specifically to the elements of falsity and loss causation.  A copy of *Luczak* is attached as Exhibit A.

DATED:  May 6, 2020                HERMAN JONES LLP
                                   JOHN C. HERMAN
                                     Georgia Bar No. 348370


                                           s/ John C. Herman
                                   JOHN C. HERMAN

                                   3424 Peachtree Road, N.E., Suite 1650
                                   Atlanta, GA  30326
                                   Telephone:  404/504-6500
                                   404/504-6501 (fax)
                                   jherman@hermanjones.com

                                   Local Counsel

Cases\4852-1320-8764.v1-5/6/20

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
(admitted *pro hac vice*)
ARMEN ZOHRABIAN
(admitted *pro hac vice*)
PATTON L. JOHNSON
(admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
azohrabian@rgrdlaw.com
pjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ John C. Herman
JOHN C. HERMAN

HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
E-mail:  jherman@hermanjones.com

Cases\4852-1320-8764.v1-5/6/20

## Mailing Information for a Case 1:19-cv-02270-SCJ In re Floor & Decor Holdings, Inc. Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marshall P. Dees**
  mdees@holzerlaw.com

- **Michael Ira Fistel , Jr**
  michaelf@johnsonfistel.com,williams@johnsonfistel.com,paralegal@johnsonfistel.com

- **John C. Herman**
  jherman@hermanjones.com,cbarrett@rgrdlaw.com,stirabassi@rgrdlaw.com,hjadmin@hermanjones.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com

- **B. Warren Pope**
  wpope@kslaw.com

- **Bethany Marie Rezek**
  brezek@kslaw.com,bbarnes@kslaw.com,eward@kslaw.com

- **Michael R. Smith**
  mrsmith@kslaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,3455642420@filings.docketbird.com,smorris@rgrdlaw.com,AMartis@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)