# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02270-SCJ
## In re Floor & Decor Holdings, Inc. Securities Litigation
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 06/24/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:40 A.M.          COURT REPORTER: David Ritchie
TIME IN COURT: 1:40                       DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Zoom

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Armen Zohrabian representing Plaintiffs |
| | Michael Smith representing Defendants |
| | John Herman Plaintiffs |
| | Shawn Williams representing Defendants |
| | Patton Johnson representing Plaintiffs |
| | B. Pope representing Defendants |

| | |
|---|---|
| OTHER(S) PRESENT: | David Christopherson, General Counsel for Floor & Decor |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [59]Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Motion hearing held via Zoom video conference on Defendants' [59] motion to dismiss. The Court heard oral argument from counsel and took the matter under advisement, with order to issue at a later date. |
| HEARING STATUS: | Hearing Concluded |