UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE FLOOR & DECOR HOLDINGS, INC. SECURITIES LITIGATION | CIVIL ACTION FILE<br><br>NO. 1:19-cv-2270-SCJ |

# J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motion to Dismiss the Second Amended Complaint for Violation of the Federal Securities Laws, and the Court having granted said Motion, it is

**Ordered and Adjudged** that Plaintiffs' Second Amended Complaint is **DISMISSED**.

Dated at Atlanta, Georgia, this 21st day of September, 2020.

                                                        JAMES N. HATTEN
                                                        CLERK OF COURT

                                   By:  *s/R. Spratt*
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 21, 2020
James N. Hatten
Clerk of Court

By: *s/R. Spratt*
Deputy Clerk